# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOHN E. RACKLEY, JR.**                                             **PLAINTIFF**

**v.**                  **CASE NO. 4:17-CV-00177 BSM**

**CHENAL HEALTHCARE, LLC,**
**D/B/A Chenal Rehabilitation**
**and Healthcare Center**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE